RONEY *v.* TUTT *et al.,* and *vice versa.*

SIMMONS, C. J. 1. If a defendant's property be sold under a void judgment and execution, and she, with legal notice of all the material facts, receive from the sheriff and retain a portion of the proceeds of the sale, this amounts in law to a ratification, and she is bound by the sale.

2. Under the facts disclosed by the record, the judge did not err in granting a nonsuit.

*Judgment on main bill of exceptions affirmed; cross-bill dismissed. All the Justices concurring.*

Argued June 10,—Decided July 18, 1901.

Complaint for land. Before Judge Brinson. Richmond superior court. October 22, 1900.

*B. B. McCowen,* for plaintiff.
*William K. Miller* and *C. Henry Cohen,* contra.